## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**DAVID HARRIS, on behalf
of himself and all others
similarly situated**                                                                                        **PLAINTIFFS**

**v.**                              **Case No. 4:06-cv-00175 KGB**

**FEDEX GROUND PACKAGE
SYSTEM INC,** *et al*.                                                                                      **DEFENDANT**

### JUDGMENT

In accordance with the Order entered on this date, this action is dismissed with prejudice.

It is so adjudged this 6th day of March, 2017.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge